

FILED
CLERK, U.S. DISTRICT COURT

NOV 1 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

In The United States District Court
For the Central District OF California

James Babakitis
                    Petitioner

V.

Warden
                    Respondent

CV 10-6671-DMG (JEM)

Reply to Brief authored
By (Attorney General David
ZARMI) Asking to dis-
-iss a Writ of Habeas Corpus
that I have Filed in your
court.

(See Attached Response)
And Argument

TO: United States District Court        10-28-2010
Office of the Clerks
U.S. CourtHouse, Room G8
Los Angles, Ca. 90012
Attention Judge Dolly M. Gee/Magistrate John E.
                                                McDermott

                        From: James Babakitis
                              E-27952
                        Francisquito Camp #4
                        35100 North San Francisquito CYN.
                        Santa Clarita, Ca. 91390

        I James Babakitis recieved a copy of a
motion to dismiss my habeas corpus that I filed
in your court from the attorney generals office
on 10-26-2010. In this motion to your court it
states that my habeas corpus should be denied
basiclly for time bar reasons.
    Well in my defence I am mailing you proof
that I started this Appeal process/sentence
Modification on 4/22/09 Just 44 days after
I was sentence on 3-09-09 (see Attached
Motion to recall Sentence and minute order
for this request.)
Next I have attached a copy of the Applicatic
for Belief From default for the Review of My
Appeal to which it was granted with permission
To have this Petition for Review at the
State Supreme level granted. ~~case~~ Appeal
case # B216512 (see Attached Habeas corpus to
Appeallate court second district ) (Next)

With all due respect with your court the issue at hand that I have ask the lower courts to address and fix due to an illegal sentencing or error of excessive sentencing has not even been brought up or answered ~~my~~ on my continued ~~request~~ reques It seems that they are trying to avoid addressing this problem at all convience. So I am also attaching a copy of the plea Form with the Illeagal enhancement on it. It clearly reads a enhancement of 667(a) 1. As I stated in my Writ I did'nt know what this enhancemens was for until I filed my first Relief for this enhancement on 4/22/09.

Please removed this enhancement and grant my appeal since 667(a) 1 does'nt apply to my non violent/Non serious case.

I have attached in total
1) ONe copy of Minute order dated 4/28/09
2) ONe copy of Sentence Modification request dated 4/22
3) ONe Proof of Service for this Modifiantino request dated 4/2
4) ONe copy of Application Relief From Default
5) ONe copy of Petition For Review Request that Was grand on 7/14/10 and filed on 7/2/10
6) ONe copy of Writ of Habeas Corpus to The Second District court of Appeal dated 5-26-09
7) ONe copy of the Law 667(a) 1 proving that this inhancement does not apply to my case.
8) ONe copy of 1192.7 the serious felony law showing that ~~it applies~~ to 667(a) 1 sentencing law. it Does Not apppy,
(Next)

30+3

9) ONe Copy of Petition For Review Denial w/t,
no opinion.

10) ONe copy of the plea form clearly showing
this 667 (a) 1 enhancement error.

11) ONe copy of Petition for Writ of Habess
Corpus 28 U.S.C. § 2254 dated 8/22/2010

Your Honor/Magistrate of this Fedral
court I beg of you to grant me the
relief I seek in this unjust sentence.

Thank You For Your Time
and Consideration in this
Matter

Sincerely and Respectfully

James Balehihi
E-27952
Francisquito camp # 4
35100 North San Francisquito CMC
Santa Clarita, Ca. 91390   Rd.

MINUTE ORDER
SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DATE PRINTED: 04/28/09

------------------------------------------------------------------
CASE NO. KA085518

THE PEOPLE OF THE STATE OF CALIFORNIA
                    VS.
DEFENDANT 01:  JAMES THOMAS BABAKITIS

------------------------------------------------------------------

COUNT 01: 2800.2(A) VC FEL


ON 04/28/09 AT  830 AM  IN EAST DISTRICT DEPT EAF

CASE CALLED FOR COURT CONSIDERATION

THIS IS A SECOND STRIKE CASE.

PARTIES: WADE OLSON (JUDGE)  BEVERLY AWANA  (CLERK)
         NONE      (REP)  NONE  (DDA)

PURSUANT TO DEFENDANT'S WRITTEN REQUEST, AND NOT REPRESENTED BY COUNSEL

THE COURT HAS RECEIVED, READ AND CONSIDERED THE DEFENDANT'S
DECLARATION IN SUPPORT OF REQUEST TO RECALL SENTENCE PURSUANT TO
PENAL CODE SECTION 1170(D).

THE DEFENDANT'S REQUEST IS DENIED. THE DEFENDANT'S SENTENCE IS
PURSUANT TO AN AGREED UPON DISPOSITION BETWEEN THE DEFENSE AND
THE PEOPLE.


A COPY OF THIS MINUTE ORDER IS SENT VIA U.S. MAIL AS FOLLOWS:

JAMES BABAKITIS  CDC# E27952
N.K.S.P. C-1, 212 UP
P.O. BOX 5004
DELANO, CA. 93216

NEXT SCHEDULED EVENT:
PROCEEDINGS TERMINATED




                                      COURT CONSIDERATION
            PAGE NO.    1             HEARING DATE: 04/28/09

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF Los Angles

Case No. KA085578

PEOPLE OF THE STATE OF CALIFORNIA,
Plaintiff,

v

Defendant.

DECLARATION IN
SUPPORT OF REQUEST
TO RECALL SENTENCE
Penal Code § 1170 (d)

I, James Babahitis [name of declarant], declare:

I am the defendant in the above-entitled case proceeding in propria persona.

I am informed and believe that the interests of justice would be served by recalling the prison sentence previously imposed in this case and resentencing the defendant to a probationary term (or to a lesser sentence).

I respectfully ask that the following matters not previously considered by the court at the time of Imposition of sentence be now examined by this court: [Present any letters, documents, Or other material, and especially refer to favorable aspects of diagnostic study under California Penal Code §5079]

I am requesting a sentence modification because I do not fall into the 667 (a) (i) Habitual criminal enhancement of sentence Catagory. I respectfully request that you remove this 667(a)(i) enhancement from my current sentence since it does not apply to my current conviction, VC 2800.2 (a) of the vehicle code. A non-violent, non-serious offence. Penal code 667, (a)(i) Clearly states that my current conviction must be a serious felony and 2800.2 (a) of the vehicle code is not. Please remove (see attached

declare under penalty of perjury that the foregoing is true and correct, except as to matters stated on formation and belief, and as to those matters, I believe them to be true.

Executed on 4/22/09 [date], at Delano, California.

Jim Babahitis
Pro per defendant

# Sentence Modification Attachment

enhancement of Sentence. I am also attaching a copy of the 667 Habitual criminal enhancement code to verify my claim along with the 1192.7 code describing what a serious felony consist of. I am also enclosing a copy of PC 1170(b) stating that the court shall not impose an upper term by using the fact of any enhancement upon which sentence is imposed under any provision of law, Thus I should not have recieved the upper term of 3 years for VC2800.2 Evading an officer.

The relief I seek is to remove this 667(a)(1) enhancement and reduce my 3 years sentence since it also does not apply to me when you use my 459 Bugulary for a one year only enhancement. Please send me a amended abstract to read either two years for my charge with a one year enhancement. Also there is nothing stating 80% in my charge, please notify the Department of corrections to not impose an 80% term. The 1988 459 Buglary never stated that it could be used in the future to double any felony and make me do 80% of the time. It only stated to be used as a one year enhancement in the future, Please honor this modification. Thank you

Jim Babehits

# PROOF OF SERVICE BY MAIL

I, __Mr. C. A. Ross__ DECLARE:

   Name

I AM OVER THE AGE OF 18, NOT A PARTY TO THIS ACTION, AND RESIDE / AM

EMPLOYED AT

__Delano State Prison P.o.Box 5004__ IN __Kern__ COUNTY.

   Address

ON __4-22-09__, I DEPOSITED IN THE UNITED STATES MAIL AT

   Date

__Delano  Calif__ A COPY OF THE ATTACHED

   City and State

__Sentence  Modification__ IN A SEALED ENVELOPE, WITH

Title or description of each paper

POSTAGE FULLY PRE PAID, ADDRESSED TO:

_____

_____

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE

OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: __4-22-09__           __Mr. C. A. Ross__

                    SIGNATURE OF DECLARANT


                    __Mr. C. A. Ross__

                    PRINT NAME OF DECLARANT

In the Supreme Court of the state
of California

# S184148

Appealant:
JAMES BABAKITIS

V

The People of the
State of California

S184148

SUPREME COURT
**FILED**

JUL 14 2010

Frederick K. Ohlrich Clerk

_____
Deputy

Application For Relief From Default

Comes now James Babakitis (Appealant)
seeking relief from default for petition of
Review in Re; B216512 (Los Angles county
Super. Ct. No. Ka085518).
(See Attached Declaration for prayer
of relief.)

In pro se

James Babakitis
James Babakitis

7-7-2010

RECEIVED
JUL 9 - 2010
CLERK SUPREME COURT

Declaration of James Babakitis In Suport of
Relief from Default:

I hearby Testify that the following
declaration is true and correct. I James
Babakitis have been Incarcerated since December
2008, since my incarceration I have spent 4
months in the Los Angles county jail and sub-
sequently 6 months in North Kern state
prison trying to accomplish In Pro Se
status legal work for purposes of my appeal.
as these institutions had extremely hard
access to legal research. I was precluded
from drafting my initial motion. subsequently I
was then sent to Jamestown (SCC-Sierra conservation
center) where 4 Months of the black out periods (shortage of
staff) precluded my legal access and research. Now
that I have finally reached Fire camp I have better
access to research which is the reason for my con-
-tinueing effort I seek relief by way of asking
The Supreme court to Review my Habeas Corpus. I'm
praying for the courts discretion to grant relief for
default and pray you find my excuse for delay
acceptable. I declare under penalty of perjury that
the above is true and correct.   In Pro Se
James Babakitis
James Babakitis
7-7-2010

S184148

IN THE SUPREME COURT OF THE STATE OF CALIFORNIA

FILED WITH PERMISSION

The People of The State of California
Plaintiff And Respondent,

B216512

Los Angeles County
Super. Ct. No. KA08505Y

SUPREME COURT
FILED

V

James BABALITIS

Defendant And Appellant

JUL 14 2010

Frederick K. Ohlrich Clerk

_____ Deputy

APPEAL FROM THE SUPERIOR COURT OF LOS ANGELES COUNTY

Petition of Appellant, James Babalitis. For Review of the
Unpublished Decision of The Court of Appeal Second Appellate
District, Division Three, Affirming The Judgement of The
Superior Court of Los Angeles County -

RECEIVED
JUL - 2 2010
CLERK SUPREME COURT

Defendant And Appellant. In Pro Se
James Babakitis

Petitioner, James Babakitis, Respectfully Petitions This Court For
Review Following The Unpublished Decision of The Court of Appeal
Second Appellate District, Division Three. Filed June 16. 2009.
Affirming The Judgement of The Superior Court of Los Angeles County -
A Copy of The Opinion of The Court of Appeal is Attached
Hereto -

Review is Respectfully Requested That So Defendant Can Exercise
And Exhaust State Remedies Prior To Proceeding To The Federal Venue -

Respectfully Submitted,

Defendant And Appellant. In Pro Se

James Babakitis

I hereby Testify That The Following declaration is True & correct — I, J B has been Incarcerated Since December of 2008 — Since my incarceration I have Spent 4 months in county Jail and Subsequent 6 months in Delano State Prison Trying To Accomplish, In And of STraNS, legal work For purposes of my Appeal, as Those institutions had extremely limited access To legal Research I was precluded From Drafting my initial motion — Subsequently I was Sent To Jamestown where The Black out Periods Precluded Further legal Research — Now That I have Finally Reached Fire Camp I have Better access To Research Which is The Reason For my Continuing efforts N Seek Relief by way of asking The Supreme Court To Review my Habeas Corpus — In Praying For The Courts Descretion To grant Relief From default and Pray you Find my excuse For delay Acceptable — "I declare under penalty of Perjury That The Above is True and correct"

[signature]
6-27-2010

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

COURT OF APPEAL - SECOND DIST.
F I L E D
JUN 1 6 2009
JOSEPH A. LANE                    Clerk
Z. HERALDEZ
Deputy Clerk

DIVISION THREE

| | |
|---|---|
| In re<br><br>JAMES BABAKITIS,<br><br>on<br><br>Habeas Corpus. | B216512<br><br>(Los Angeles County<br>Super. Ct. No. KA083518)<br><br>ORDER |

BY THE COURT:

The petition for writ of habeas corpus, filed June 3, 2009, has been read and considered. Petitioner fails to show a "fundamental miscarriage of justice" occurred during the sentencing hearing or in any of the trial court proceedings. (*In re Clark* (1993) 5 Cal.4th 750, 799.) It is well established that a defendant who has received the benefit of his bargain is not allowed to " ' "trifle with the courts" ' " by attempting to better the bargain through the appellate process. (*People v. Beebe* (1989) 216 Cal.App.3d 927, 932; *People v. Borland* (1996) 50 Cal.App.4th 124, 127-129; *People v. Cepeda* (1996) 49 Cal.App.4th 1235, 1238-1240.) The petition is denied.

# PROOF OF SERVICE BY MAIL

I, _M. Brown_ , DECLARE:
Name

I AM OVER THE AGE OF 18, NOT A PARTY TO THIS ACTION, AND RESIDE / AM

EMPLOYED AT _Fenner Canyon conservation camp #41_
_93563_

_P.o. Box 100 Valyermo Ca._ IN _L.A._ COUNTY.
Address

ON _6-27-2010_, I DEPOSITED IN THE UNITED STATES MAIL AT
Date

_Valyermo Ca._ A COPY OF THE ATTACHED
City and State

_Change of Address / order for Review_ IN A SEALED ENVELOPE, WITH
Title or description of each paper

POSTAGE FULLY PRE PAID, ADDRESSED TO:

_State of California office of The ATTorney General_

_P.o. Box 944255 Sacramento, Ca. 94244-2550_

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE

OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: _6-27-2010_

_____
SIGNATURE OF DECLARANT

_____
PRINT NAME OF DECLARANT

RECEIVED

JUL 2 - 2010

CLERK SUPREME COURT

Proof of Service – Mail

_____

## *PROOF OF SERVICE*

        Re:    Case Number    __S184148_____

      Case Title   In Re James Babakitis on Habeas Corpus            

      I hereby declare that I am a citizen of the United States, am over 18 years of age, and am/am not a party in the above-entitled action.  I am employed in/reside in the County of San Francisco and my business/residence address is 350 McAllister Street, San Francisco, CA  94102.

      On July 14, 2010, I served the attached document described as a Petition for Review on the parties in the above-named case.  I did this by enclosing true copies of the document in sealed envelopes with postage fully prepaid thereon.  I then placed the envelopes in a U.S. Postal Service mailbox in San Francisco, California, addressed as follows:

      Office of the Attorney General
      300 S. Spring Street, Suite 5000
      Los Angeles, CA 90013

      Court of Appeal
      Second District, Division Three
      300 S. Spring Street, Suite 5000
      Los Angeles, CA 90013

      I, J. Hunter, declare under penalty of perjury that the foregoing  is true and correct. Executed on July 14, 2010, at San Francisco, California.

_____
                                 Signature

MC-275

Name: James Babakitis

Address: P.o. Box 5004

Delano, Ca. 93216

N.K.S.P. C-1, 212 L

CDC or ID Number: E-27952

## Second District Court of Appeal
### (Court)

James Babakitis

Petitioner

vs.

People of the State of California

Respondent

PETITION FOR WRIT OF HABEAS CORPUS

No. _____

*(To be supplied by the Clerk of the Court)*

## INSTRUCTIONS—READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.

- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the superior court, you only need to file the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original and 4 copies of the petition and, if separately bound, 1 copy of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and 10 copies of the petition and, if separately bound, 2 copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

Approved by the Judicial Council of California for use under rule 8.380 of the California Rules of Court (as amended effective January 1, 2007). Subsequent amendments to rule 8.380 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Page 1 of 6

Form Approved for Optional Use
Judicial Council of California
MC-275 [Rev. January 1, 2009]

PETITION FOR WRIT OF HABEAS CORPUS

Penal Code, § 1473 et seq.;
Cal. Rules of Court, rule 8.380
www.courtinfo.ca.gov

**This petition concerns:**

☐ A conviction      ☐ Parole

☒ A sentence      ☐ Credits

☐ Jail or prison conditions      ☐ Prison discipline

☐ Other (specify):

1. Your name: **James Babakit's**

2. Where are you incarcerated? **N.K.S.P**

3. Why are you in custody? ☒ Criminal conviction   ☐ Civil commitment

*Answer items a through i to the best of your ability.*

     a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon").

**Charge VC 2800.2 (a) Evading the police / ENHancements PC 459 From 1988 and 667(a)(1) Habitual Criminal**

     b. Penal or other code sections: **PC 459 Bugulary 1988 / 667(a)(1) Habitual criminal**

     c. Name and location of sentencing or committing court: **East District - Pomona South Court House 400 Civic Center Plaza, Pomona, Ca, 91766**

     d. Case number: **KA085518**

     e. Date convicted or committed: **3-09-09**

     f. Date sentenced: **3-09-09**

     g. Length of sentence: **6 years**

     h. When do you expect to be released? **I was informed when I got here 2013**

     i. Were you represented by counsel in the trial court? ☒ Yes   ☐ No   *if yes, state the attorney's name and address:* **Manuel Lopez 1186 W. Sunset Blvd. Los Angeles Ca. 90012**

4. What was the LAST plea you entered? *(Check one)*:

☐ Not guilty   ☐ Guilty   ☐ Nolo contendere   ☒ Other: **No contest**

5. If you pleaded not guilty, what kind of trial did you have?

☐ Jury   ☐ Judge without a jury   ☐ Submitted on transcript   ☐ Awaiting trial

6. GROUNDS FOR RELIEF
   **Ground 1:** State briefly the ground on which you base your claim for relief. For example, "The trial court imposed an illegal enhancement." *(If you have additional grounds for relief, use a separate page for each ground. State ground 2 on page 4.* *For additional grounds, make copies of page 4 and number the additional grounds in order.)*

The court imposed an illegal enhancement of 667(a)(1)
to which I found out when I went to the law-library
here in North Kern State prison does not apply to me.

a. Supporting facts:
   Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts on which your conviction is based. *If necessary, attach additional pages.* CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel, you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is, *who* did exactly *what* to violate your rights at what time *(when)* or place *(where)*. *(If available, attach declarations, relevant records, transcripts, or other documents supporting your claim.)*

I am challenging the legality of the 667(a)(1)
Habitual criminal enhancement of sentence code
because it does not apply to me. The fact to
apply this 667.(a)(1) enhancement is that I must
have a current conviction of the 1192.7 serious
felony along with a prior conviction of the 1192.7
of the penal code to apply this 667.(a)(1) enhance-
-ment. The charge that I am here on is clearly
not a serious felony VC 2800.2(a) Evading an officer.
The relief I seek is to remove this Enhancement
since it does not apply to me by law.
I have attached copies of PC 667(a)(1) along with
copies of PC 1192.7 to verify my claim.

b. Supporting cases, rules, or other authority (optional):
   *(Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)*

7. Ground 2 or Ground ___2 of 3___ *(if applicable):*

My Second claim for grounds of relief is the relief of my current sentence for VC 2800.2(a) Evading an officer a non-violent charge. To reduce the current 3 year High term to either a 16 month or 2 year term.

a. Supporting facts:

My supporting facts are listed in PC 1170(b) I am attaching a copy of this PC 1170(b) that clearly states that I cannot be sentenced to the upper term on my current conviction by using the fact of any enhancement upon which sentence is imposed under any provision of law. Also since I am asking you to remove the 667(a)(1) Habitual criminal enhancement because it does not apply to me or this case. Which would then only leave PC 459 case #A887630 A Burglary from 1988 in the enhancement catagory to which I agreed in 1988 that it could be used as one year prison prior enhancement only.

There fore the relief I seek is to have my sentence modified to read either 16 month (low term) or a 2 year (Mid term) with a one year enhancement.

b. Supporting cases, rules, or other authority: for my 459 Prior term that I suffered in 1988.

Ground 3 of 3

My third claim for grounds for relief is to have you notify the California Department of corrections and inform them that I should not be doing an 80% sentence for VC 2800.2(a) a non-violent felony.

Supporting Facts

My supporting fact's are that there is nothing on my plea form that states that I must do an 80% term. See attached copy of plea form. Also on 4-13-09 I was assigned to an educational program (The Bridging Program and signed a contract for my teacher stating that I am recieving ½ time 50% work-time credits for participation in this education program. Work assignment #RCF-2.035 My teacher's name is Mr. Garcia. The prison is still imposing an 80% release date of 9/10/201 80% of a 6 year term. Please also amend this 80% to be a 50% term since my only enhancement is for a burglary to which I should recieve half-time, a one year enhancement.

MC–275

8. Did you appeal from the conviction, (sentence,) or commitment?  ☒ Yes  ☐ No    If yes, give the following information:

a. Name of court ("Court of Appeal" or "Appellate Division of Superior Court"):

Pomona Superior-South  400 Civic center Plaza Pomona, Ca. 91766

b. Result: Denied    c. Date of decision: 4/28/09

d. Case number or citation of opinion, if known: KA085518

e. Issues raised: (1) 667 (a)(1) enhancement does not apply to my case.

(2) 1170 (b) The court should not impose upper term when using enhance me

(3) To contact the california Department of corrections to Amend 80% to 50

f. Were you represented by counsel on appeal?  ☐ Yes  ☒ No    If yes, state the attorney's name and address, if known:

9. Did you seek review in the California Supreme Court?  ☐ Yes  ☒ No    If yes, give the following information:

a. Result: _____    b. Date of decision: _____

c. Case number or citation of opinion, if known: _____

d. Issues raised: (1) _____

(2) _____

(3) _____

10. If your petition makes a claim regarding your conviction, (sentence,) or commitment that you or your attorney did not make on appeal, explain why the claim was not made on appeal:

I did not know the fact's of the penal code and when I was sentenced my attorney did not inform me.

11. Administrative review:

a. If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious. (See In re Muszalski (1975) 52 Cal.App.3d 500.) Explain what administrative review you sought or explain why you did not seek such review:

I sought relief through the sentencing court after I was able to look up the penal codes that were used in my sentencing. I did not have access before I was sentenced to which I ask my attorney for a full discovery to which he told me that he would mail it to me. I never recieved any discovery from my attorney and had to look up these penal codes myself when I got here in Delano State Prison. My attorney never explained these Penal codes to

b. Did you seek the highest level of administrative review available?  ☒ Yes  ☐ No
   Attach documents that show you have exhausted your administrative remedies.

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, commitment, or issue in any court?  ☒ Yes   *If yes, continue with number 13.*   ☐ No   *If no, skip to number 15.*

13. a.   (1) Name of court: Pomona Superior Court

       (2) Nature of proceeding (for example, "habeas corpus petition"): Modification of Sentence

       (3) Issues raised: (a) Enhancement that does'nt apply to my case.

             (b) _____

       (4) Result *(attach order or explain why unavailable):* Denied (See atachment)

       (5) Date of decision: 4/28/09

   b.   (1) Name of court: _____

       (2) Nature of proceeding: _____

       (3) Issues raised: (a) _____

             (b) _____

       (4) Result *(attach order or explain why unavailable):* _____

       (5) Date of decision: _____

   c.   *For additional prior petitions, applications, or motions, provide the same information on a separate page.*

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result:
Pomona Superior Court / Hearing date 4/28/09 /Nature of hearing Sentence modification / Result Denied

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.)
My attorney did not explain or tell me what these Penal Codes meant, he simply told me that this deal is better than 20 years.

16. Are you presently represented by counsel?  ☐ Yes   ☒ No   *If yes, state the attorney's name and address, if known:*
Can you appoind me a state appointed attorney if needed.

17. Do you have any petition, appeal, or other matter pending in any court?  ☐ Yes   ☒ No   *If yes, explain:*

_____

_____

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court:
The lower court denied my sentence modification request. (See attachment)

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: 5-26-09

▶    Jim Babakitis
             (SIGNATURE OF PETITIONER)

**\*83124 West's Ann.Cal.Penal Code § 667**

# WEST'S ANNOTATED
# CALIFORNIA CODES
## ~~PENAL CODE~~
## PART 1. OF CRIMES AND
## PUNISHMENTS
## TITLE 16. GENERAL
## PROVISIONS

*Current with all 2007 laws*

### § 667. Habitual criminals;  enhancement of sentence;  amendment of section

(a)(1) In compliance with subdivision (b) of Section 1385, any person convicted of a serious felony who previously has been convicted of a serious felony in this state or of any offense committed in another jurisdiction which includes all of the elements of any serious felony, shall receive, in addition to the sentence imposed by the court for the present offense, a five-year enhancement for each such prior conviction on charges brought and tried separately.  The terms of the present offense and each enhancement shall run consecutively.

(2) This subdivision shall not be applied when the punishment imposed under other provisions of law would result in a longer term of imprisonment.  There is no requirement of prior incarceration or commitment for this subdivision to apply.

(3) The Legislature may increase the length of the enhancement of sentence provided in this subdivision by a statute passed by majority vote of each house thereof.

(4) As used in this  subdivision, "serious felony" means a serious felony listed in subdivision (c) of Section 1192.7.

(5) This subdivision  shall not apply to a person  convicted  of  selling,  furnishing, administering, or giving, or offering to sell, furnish, administer, or give to a minor any methamphetamine-related drug or any precursors of methamphetamine unless the prior conviction was for a serious felony described in subparagraph (24) of subdivision (c) of Section 1192.7.

(b) It is the intent of the Legislature in enacting subdivisions (b) to (i), inclusive, to ensure longer prison sentences and greater punishment for those who commit a felony and have been previously convicted of serious and/or violent felony offenses.

(c) Notwithstanding any other law, if a defendant has been convicted of a felony and it has been pled and proved that the defendant has one or more prior felony convictions as defined in subdivision (d), the court shall adhere to each of the following:

**\*83125** (1) There shall not be an aggregate term limitation for purposes of consecutive sentencing for any subsequent felony conviction.

(2) Probation for the current offense shall not be granted, nor shall execution or imposition of the sentence be suspended for any prior offense.

(3) The length of time between the prior felony conviction and the current felony conviction shall not affect the imposition of sentence.

(4) There shall not be a commitment to any other facility other than the state prison. Diversion shall not be granted nor shall the defendant be eligible for commitment to the California Rehabilitation Center as provided in Article 2 (commencing with Section 3050) of Chapter 1 of Division 3 of the Welfare and Institutions Code.

(5) The total amount of credits awarded pursuant to Article 2.5 (commencing with Section 2930) of Chapter 7 of Title 1 of Part 3 shall not exceed one-fifth of the total term of imprisonment imposed and shall not accrue until the defendant is physically placed in the state prison.

(6) If there is a current conviction for more than one felony count not committed on the same

© 2008 Thomson/West. No claim to original U.S. Govt. works.

*91362 West's Ann.Cal.Penal Code § 1192.7

### WEST'S ANNOTATED
### CALIFORNIA CODES
### PENAL CODE
### PART 2. OF CRIMINAL
### PROCEDURE
### TITLE 8. OF JUDGMENT AND
### EXECUTION
### CHAPTER 1. THE
### JUDGMENT

*Current with all 2007 laws*

### § 1192.7.  Legislative intent regarding prosecution of violent sex crimes; plea bargaining; limitation; definitions; amendment of section

(a)(1) It is the intent of the Legislature that district attorneys prosecute violent sex crimes under statutes that provide sentencing under a "one strike," "three strikes" or habitual sex offender statute instead of engaging in plea bargaining over those offenses.

(2) Plea bargaining in any case in which the indictment or information charges any serious felony, any felony in which it is alleged that a firearm was personally used by the defendant, or any offense of driving while under the influence of alcohol, drugs, narcotics, or any other intoxicating substance, or any combination thereof, is prohibited, unless there is insufficient evidence to prove the people's case, or testimony of a material witness cannot be obtained, or a reduction or dismissal would not result in a substantial change in sentence.

(3) If the indictment or information charges the defendant with a violent sex crime, as listed in subdivision (c) of Section 667.61, that could be prosecuted under Sections 269, 288.7, subdivisions (b) through (i) of Section 667, Section 667.61, or 667.71, plea bargaining is prohibited unless there is insufficient evidence to prove the people's case, or testimony of a material witness cannot be obtained, or a

reduction or dismissal would not result in a substantial change in sentence.  At the time of presenting the agreement to the court, the district attorney shall state on the record why a sentence under one of those sections was not sought.

(b) As used in this section "plea bargaining" means any bargaining, negotiation, or discussion between a criminal defendant, or his or her counsel, and a prosecuting attorney or judge, whereby the defendant agrees to plead guilty or nolo contendere, in exchange for any promises, commitments, concessions, assurances, or consideration by the prosecuting attorney or judge relating to any charge against the defendant or to the sentencing of the defendant.

*91363 (c) As used in this section "serious felony" means any of the following:

(1) Murder or voluntary manslaughter;  (2) mayhem;  (3) rape;  (4) sodomy by force, violence, duress, menace, threat of great bodily injury, or fear of immediate and unlawful bodily injury on the victim or another person;  (5) oral copulation by force, violence, duress, menace, threat of great bodily injury, or fear of immediate and unlawful bodily injury on the victim or another person;  (6) lewd or lascivious act on a child under 14 years of age;  (7) any felony punishable by death or imprisonment in the state prison for life;  (8) any felony in which the defendant personally inflicts great bodily injury on any person, other than an accomplice, or any felony in which the defendant personally uses a firearm;  (9) attempted murder;  (10) assault with intent to commit rape or robbery;  (11) assault with a deadly weapon or instrument on a peace officer;  (12) assault by a life prisoner on a noninmate;  (13) assault with a deadly weapon by an inmate;  (14) arson;  (15) exploding a destructive device or any explosive with intent to injure;  (16) exploding a destructive device or any explosive causing bodily injury, great bodily injury, or mayhem;  (17) exploding a destructive device or any explosive with intent to murder;  (18) any burglary of the first degree;  (19) robbery or bank robbery;  (20) kidnapping;  (21) holding of a hostage by a person confined in a

© 2008 Thomson/West. No claim to original U.S. Govt. works.

PENAL Sec. 1192.7, Legislative intent regarding prosecution of violent sex crimes; plea bargaining; limitation; definitions; amendment of section

state prison; (22) attempt to commit a felony punishable by death or imprisonment in the state prison for life; (23) any felony in which the defendant personally used a dangerous or deadly weapon; (24) selling, furnishing, administering, giving or offering to sell, furnish, administer, or give to a minor any heroin, cocaine, phencyclidine (PCP), or any methamphetamine-related drug, as described in paragraph (2) of subdivision (d) of Section 11055 of the Health and Safety Code, or any of the precursors of methamphetamines, as described in subparagraph (A) of paragraph (1) of subdivision (f) of Section 11055 or subdivision (a) of Section 11100 of the Health and Safety Code; (25) any violation of subdivision (a) of Section 289 where the act is accomplished against the victim's will by force, violence, duress, menace, or fear of immediate and unlawful bodily injury on the victim or another person; (26) grand theft involving a firearm; (27) carjacking; (28) any felony offense, which would also constitute a felony violation of Section 186.22; (29) assault with the intent to commit mayhem, rape, sodomy, or oral copulation, in violation of Section 220; (30) throwing acid or flammable substances, in violation of Section 244; (31) assault with a deadly weapon, firearm, machinegun, assault weapon, or semiautomatic firearm or assault on a peace officer or firefighter, in violation of Section 245; (32) assault with a deadly weapon against a public transit employee, custodial officer, or school employee, in violation of Sections 245.2, 245.3, or 245.5; (33) discharge of a firearm at an inhabited dwelling, vehicle, or aircraft, in violation of Section 246; (34) commission of rape or sexual penetration in concert with another person, in violation of Section 264.1; (35) continuous sexual abuse of a child, in violation of Section 288.5; (36) shooting from a vehicle, in violation of subdivision (c) or (d) of Section 12034; (37) intimidation of victims or witnesses, in violation of Section 136.1; (38) criminal threats, in violation of Section 422; (39) any attempt to commit a crime listed in this subdivision other than an assault; (40) any violation of Section 12022. 53; (41) a violation of subdivision (b) or (c) of Section 11418; and (42) any conspiracy to commit an offense described in this subdivision.

\*9136 (d) As used in this section, "bank robbery" means to take or attempt to take, by force or violence, or by intimidation from the person or presence of another any property or money or any other thing of value belonging to, or in the care, custody, control, management, or possession of, any bank, credit union, or any savings and loan association.

As used in this subdivision, the following terms have the following meanings:

(1) "Bank" means any member of the Federal Reserve System, and any bank, banking association, trust company, savings bank, or other banking institution organized or operating under the laws of the United States, and any bank the deposits of which are insured by the Federal Deposit Insurance Corporation.

(2) "Savings and loan association" means any federal savings and loan association and any "insured institution" as defined in Section 401 of the National Housing Act, as amended, and any federal credit union as defined in Section 2 of the Federal Credit Union Act.

(3) "Credit union" means any federal credit union and any state-chartered credit union the accounts of which are insured by the Administrator of the National Credit Union administration.

(e) The provisions of this section shall not be amended by the Legislature except by statute passed in each house by rollcall vote entered in the journal, two-thirds of the membership concurring, or by a statute that becomes effective only when approved by the electors.

## CREDIT(S)

(Added by Initiative Measure (Prop. 8, § 7, approved June 8, 1982). Amended by Stats.1986, c. 1299, § 11; Stats.1986, c. 489, § 1; Stats.1988, c. 89, § 2; Stats.1988, c. 432, § 2; Stats.1989, c. 1043, § 2; Stats.1989, c. 1044, § 2.5; Stats.1993, c. 588 (A.B.327), § 1; Stats.1993, c. 610 § 2.5; Stats.1993, c. 588 (A.B.327), § 1; Stats.1993, c. 610 (A.B.6), § 16, eff. Oct. 1, 1993; Stats.1993, c. 610 (A.B.6), § 16.5. eff. Oct. 1, 1993, operative Jan. 1, 1994; Stats.1993, c. 611 (S.B.60), § 18, eff. Oct. 1, 1993;

© 2008 Thomson/West. No claim to original U.S. Govt. works.

Court of Appeal, Second Appellate District, Division Three - No. B216512

S184148

# IN THE SUPREME COURT OF CALIFORNIA

## En Banc

In re JAMES BABAKITIS on Habeas Corpus.

SUPREME COURT
FILED

The petition for review is denied.

AUG 1 8 2010

Frederick K. Ohlrich Clerk

Deputy

**GEORGE**

*Chief Justice*

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES | Reserved for Clerk's File Stamp |
|---|---|

PLAINTIFF: PEOPLE OF THE STATE OF CALIFORNIA

DEFENDANT: *JAMES THOMAS BABAKITIS*

**FELONY ADVISEMENT OF RIGHTS, WAIVER, AND PLEA FORM**

CASE NUMBER: *KA085518*   DEPT.: *F*

Fill out this form if you wish to plead guilty or no contest to the charges against you. Initial the box for each applicable item only if you understand and agree with it, and sign and date the form where it says "DEFENDANT'S SIGNATURE" on page 4. If you have any questions about anything on this form or about your case, ask your attorney or the judge.

1. I wish to plead guilty or no contest to the following charges, and I wish to admit the prior convictions, special allegations and enhancements, listed below, which carry the maximum penalties set out below:

| COUNT | CHARGE | MAX. TERM | ENHANCEMENTS (Including Priors and Specials) | YEARS | TOTAL YEARS |
|---|---|---|---|---|---|
| *1* | *PC 2-800.2(a)* | | *CASE NO. A587630* | | |
| | | | *PC 459 1st Deg* | | |
| | | | *667.3(J) PC 1* | | |
| | | *3* | | | |
| | | | **AGGREGATE TERM OF IMPRISONMENT** | | *6* |

**TERMS OF ANY PLEA BARGAIN (If applicable)**          **Initials**

2. I understand that it is necessary to disclose any promises of particular sentences or sentence recommendations to the Court on this form. My attorney has told me that if I plead guilty or no contest to the above-listed charge(s), and enhancement(s), the Court **will sentence me as follows:**

   A. Deny Probation and impose a total **State Prison** term of *6* years and *0* months.          *JB*

   B. Grant **Probation** under the conditions to be set by the Court, including serving _____ days in the County jail. I understand that a violation of any of the terms and conditions of my probation may cause the Court to send me to state prison for up to the maximum punishment provided by law.          [✓]

   C. **Restitution, Statutory Fees, and Assessments** — I understand that the Court will order me to pay between $200 and $10,000 to the Victim Restitution Fund, and if appropriate, pay actual restitution to any victim. The Court will also order me to pay statutory fees and other assessments.          *JB*

   D. **Parole Revocation Fine** — I understand that if I am sentenced to state prison, the Court is required to impose a parole revocation fine, which will be suspended unless my parole is revoked.          *JB*

   E. Other Terms: *PLEAD NO CONTEST TO COUNT 1*          *JB*
   *ADMIT STRIKE PRIOR TOTAL SENTENCE 6YRS*
   *STATE PRISON*
   *DISMISS ALL OTHER CHARGES AND*
   *ENHANCEMENTS.*

James Babakitis
NAME

E-27952
PRISON IDENTIFICATION/BOOKING NO.

Fenner Canyon Conservation Camp
ADDRESS OR PLACE OF CONFINEMENT

P.o. Box 100 Valyermo Ca, 93563

Note:    It is your responsibility to notify the Clerk of Court in writing of any
change of address. If represented by an attorney, provide his name,
address, telephone and facsimile numbers, and e-mail address.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Babakitis <br> FULL NAME (Include name under which you were convicted) <br> <div align="right">Petitioner,</div> | CASE NUMBER: <br> CV <br> To be supplied by the Clerk of the United States District Court |
| v. | ☐ _____ **AMENDED** |
| California Department of <br> NAME OF WARDEN, SUPERINTENDENT, JAILOR OR AUTHORIZED <br> PERSON HAVING CUSTODY OF PETITIONER <br> Corrections <div align="right">Respondent.</div> | **PETITION FOR WRIT OF HABEAS CORPUS** <br> **BY A PERSON IN STATE CUSTODY** <br> 28 U.S.C. § 2254 <br> <br> PLACE/COUNTY OF CONVICTION _____ <br> PREVIOUSLY FILED, RELATED CASES IN THIS DISTRICT COURT <br> (List by case number) <br> CV _____ <br> CV _____ |

### INSTRUCTIONS - PLEASE READ CAREFULLY

1.   To use this form, you must be a person who either is currently serving a sentence under a judgment against you in a California state court, or will be serving a sentence in the future under a judgment against you in a California state court. You are asking for relief from the conviction and/or the sentence. This form is your petition for relief.

2.   In this petition, you may challenge the judgment entered by only one California state court. If you want to challenge the judgment entered by a different California state court, you must file a separate petition.

3.   Make sure the form is typed or neatly handwritten. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

4.   Answer all the questions. You do not need to cite case law, but you do need to state the federal legal theory and operative facts in support of each ground. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a legal brief or arguments, you may attach a separate memorandum.

5.   You must include in this petition all the grounds for relief from the conviction and/or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

5.   You must pay a fee of $5.00. If the fee is paid, your petition will be filed. If you cannot afford the fee, you may ask to proceed in forma pauperis (as a poor person). To do that, you must fill out and sign the declaration of the last two pages of the form. Also, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account at the institution. If your prison account exceeds $25.00, you must pay the filing fee.

6.   When you have completed the form, send the original and two copies to the following address:
    Clerk of the United States District Court for the Central District of California
    United States Courthouse
    ATTN: Intake/Docket Section
    312 North Spring Street
    Los Angeles, California 90012

PLEASE COMPLETE THE FOLLOWING: (*Check appropriate number*)

This petition concerns:
1. ☒ a conviction and/or sentence.
2. ☐ prison discipline.
3. ☐ a parole problem.
4. ☐ other.

## PETITION

1. Venue
   a. Place of detention  Fenner Canyon Conservation Camp P.o. Box 100 Valyermo Ca. 93563
   b. Place of conviction and sentence  Pomona Superior Court 400 Civic Center Plaza Pomona Ca. 91766 Dept. EAF

2. Conviction on which the petition is based (*a separate petition must be filed for each conviction being attacked*).
   a. Nature of offenses involved (*include all counts*):  Evading the Police charge and a burglary with a habitual criminal enhancements.
   b. Penal or other code section or sections:  VC2800.2 (a), 459 and 667 (a)(1)

   c. Case number:  KA085518
   d. Date of conviction:  3-09-09
   e. Date of sentence:  3-09-09
   f. Length of sentence on each count:  3 years for the Evading the Police and 3 years in enhancement. Total of 6 Years.
   g. Plea (*check one*):
      ☐ Not guilty
      ☐ Guilty
      ☒ Nolo contendere
   h. Kind of trial (*check one*):
      ☐ Jury
      ☒ Judge only

3. Did you appeal to the California Court of Appeal from the judgment of conviction?     ☒ Yes  ☐ No
   If so, give the following information for your appeal (*and attach a copy of the Court of Appeal decision if available*):
   a. Case number:  B216512
   b. Grounds raised (*list each*):
      (1)  illegal enhancement

(2) Relief of Maximum sentence to either Mid or low term.

(3) Relief of the 80% sentence that was not agreed upon at sentencia

(4) _____

(5) _____

(6) _____

c. Date of decision: 7-16-2009

d. Result: Petition is Denied

4. If you did appeal, did you also file a Petition for Review with the California Supreme Court of the Court of Appeal decision?  ☒ Yes   ☐ No

If so give the following information (and attach copies of the Petition for Review and the Supreme Court ruling if available):

a. Case number: S184148

b. Grounds raised (list each):

(1) Same as above

(2) ''

(3) ''

(4) _____

(5) _____

(6) _____

c. Date of decision: 8-18-2010

d. Result: Denied Without Written Opinion

5. If you did not appeal:

a. State your reasons _____

_____

_____

_____

_____

b. Did you seek permission to file a late appeal?   ☒ Yes   ☐ No

6. Have you previously filed any habeas petitions in any state court with respect to this judgment of conviction?

☐ Yes   ☒ No

If so, give the following information for each such petition (use additional pages if necessary, and attach copies of the petitions and the rulings on the petitions if available):

a.  (1) Name of court: _N/A_____

(2) Case number: _____

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

(4) Grounds raised *(list each)*:

(a) _____

(b) _____

(c) _____

(d) _____

(e) _____

(f) _____

(5) Date of decision: _____

(6) Result _____
_____

(7) Was an evidentiary hearing held?      ☐ Yes   ☐ No

b.  (1) Name of court: _N/A_____

(2) Case number: _____

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

(4) Grounds raised *(list each)*:

(a) _____

(b) _____

(c) _____

(d) _____

(e) _____

(f) _____

(5) Date of decision: _____

(6) Result _____
_____

(7) Was an evidentiary hearing held?      ☐ Yes   ☐ No

c.  (1) Name of court: _N/A_____

(2) Case number: _____

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

(4) Grounds raised *(list each)*:

(a) _____

(b) _____

(c) _____

(d) _____

(e) _____

(f) _____

(5) Date of decision: _____

(6) Result _____

(7) Was an evidentiary hearing held?    ☐ Yes   ☒ No

7.  For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States.  Attach additional pages if you have more than five grounds.  Summarize briefly the <u>facts</u> supporting each ground.  For example, if you are claiming ineffective assistance of counsel, you must state facts specifically setting forth what your attorney did or failed to do.

CAUTION:   *Exhaustion Requirement*:  In order to proceed in federal court, you must ordinarily first exhaust your state court remedies with respect to each ground on which you are requesting relief from the federal court.  This means that, prior to seeking relief from the federal court, you first must present <u>all</u> of your grounds to the California Supreme Court.

a.  Ground one: Illegal Sentence enhancement.
_____

(1) Supporting FACTS: Fact that 667(a)(1) a habitual criminal enhancement does not apply to my case or charge. To apply this enhancement 667(a)(1) I have to be convicted on my current charge and it has to be a serious felony. I was convicted of a non-serious, non-violent charge VC2800,2 (Evading the Police.)

(2) Did you raise this claim on direct appeal to the California Court of Appeal?    ☒ Yes   ☐ No

(3) Did you raise this claim in a Petition for Review to the California Supreme Court?    ☒ Yes   ☐ No

(4) Did you raise this claim in a habeas petition to the California Supreme Court?    ☐ Yes   ☒ No

b.  Ground two: Relief of base term from Maximum to either Mid or low term.

(1) Supporting FACTS: Are listed in the California penal code 1170(b) It clearly states that I the defendant cannot be sentenced by law to the upper term on my current conviction by useing the fact of any enhancement upon sentence is imposed under any provision of law.

(2) Did you raise this claim on direct appeal to the California Court of Appeal?    ☒ Yes   ☐ No

(3) Did you raise this claim in a Petition for Review to the California Supreme Court?    ☒ Yes   ☐ No

(4) Did you raise this claim in a habeas petition to the California Supreme Court?   ☐ Yes   ☒ No

c.  Ground three: That to reduce the 80% sentence imposed to 50% and notify the department of corrections to fix.

(1) Supporting FACTS: There is nothing in the contract or plea agreement that states that I have to do 80% for a non-serious, non-violent felony.

(2) Did you raise this claim on direct appeal to the California Court of Appeal?   ☒ Yes   ☐ No
(3) Did you raise this claim in a Petition for Review to the California Supreme Court?   ☒ Yes   ☐ No
(4) Did you raise this claim in a habeas petition to the California Supreme Court?   ☐ Yes   ☒ No

d.  Ground four: _____

(1) Supporting FACTS: _____

(2) Did you raise this claim on direct appeal to the California Court of Appeal?   ☐ Yes   ☐ No
(3) Did you raise this claim in a Petition for Review to the California Supreme Court?   ☐ Yes   ☐ No
(4) Did you raise this claim in a habeas petition to the California Supreme Court?   ☐ Yes   ☐ No

e.  Ground five: _____

(1) Supporting FACTS: _____

(2) Did you raise this claim on direct appeal to the California Court of Appeal?   ☐ Yes   ☐ No
(3) Did you raise this claim in a Petition for Review to the California Supreme Court?   ☐ Yes   ☐ No
(4) Did you raise this claim in a habeas petition to the California Supreme Court?   ☐ Yes   ☐ No

8. If any of the grounds listed in paragraph 7 were not previously presented to the California Supreme Court, state briefly which grounds were not presented, and give your reasons: _____

_____

_____

9. Have you previously filed any habeas petitions in any federal court with respect to this judgment of conviction?

☐ Yes   ☒ No

If so, give the following information for each such petition *(use additional pages if necessary, and attach copies of the petitions and the rulings on the petitions if available)*:

a.  (1) Name of court: _____

  (2) Case number: _____

  (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

  (4) Grounds raised *(list each)*:

    (a) _____

    (b) _____

    (c) _____

    (d) _____

    (e) _____

    (f) _____

  (5) Date of decision: _____

  (6) Result _____

  (7) Was an evidentiary hearing held?      ☐ Yes   ☐ No

b.  (1) Name of court: _____

  (2) Case number: _____

  (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

  (4) Grounds raised *(list each)*:

    (a) _____

    (b) _____

    (c) _____

    (d) _____

    (e) _____

    (f) _____

  (5) Date of decision: _____

  (6) Result _____

(7) Was an evidentiary hearing held?        ☐ Yes   ☒ No

10. Do you have any petitions now pending (i.e., filed but not yet decided) in any state or federal court with respect to this judgment of conviction?        ☐ Yes   ☒ No

If so, give the following information *(and attach a copy of the petition if available)*:

   (1) Name of court: _____

   (2) Case number: _____

   (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

   (4) Grounds raised *(list each)*:

      (a) _____

      (b) _____

      (c) _____

      (d) _____

      (e) _____

      (f). _____

11. Are you presently represented by counsel?        ☐ Yes   ☒ No

If so, provide name, address and telephone number: _____

_____

_____

WHEREFORE, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding,

_____

*Signature of Attorney (if any)*

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on   08-22-2010                    _James Babahibr_
          *Date*                           *Signature of Petitioner*

---

James Barbukitis
_____
Petitioner

**DECLARATION IN SUPPORT**
**OF REQUEST**
**TO PROCEED**
**IN FORMA PAUPERIS**

_____
Respondent(s)

I, _____James Barbukitis_____, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed? ☐ Yes ☒ No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____Never employed_____

2. Have you received, within the past twelve months, any money from any of the following sources?

   a. Business, profession or form of self-employment?   ☐ Yes ☒ No
   b. Rent payments, interest or dividends?   ☐ Yes ☒ No
   c. Pensions, annuities or life insurance payments?   ☐ Yes ☒ No
   d. Gifts or inheritances?   ☐ Yes ☒ No
   e. Any other sources?   ☐ Yes ☒ No

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: _____

   _____

3. Do you own any cash, or do you have money in a checking or savings account? *(Include any funds in prison accounts)*

   ☐ Yes ☒ No

   If the answer is yes, state the total value of the items owned: _____

   _____

---

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY (28 U.S.C § 2254)

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)* ☐ Yes ☒ No

   If the answer is yes, describe the property and state its approximate value: _____

   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: N/A _____

   _____

   _____

   I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

   Executed on 08-22-2010 _____      _____*Janner Balahito*_____
                *Date*                        *Signature of Petitioner*

### CERTIFICATE

   I hereby certify that the Petitioner herein has the sum of $_____ on account to his credit at the _____ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution: _____

   _____

   _____

   _____            _____
           *Date*                    *Authorized Officer of Institution/Title of Officer*