# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BABAKITIS,<br><br>               Petitioner,<br><br>      v.<br><br>WARDEN,<br><br>              Respondent. | Case No. CV 10-6671-DMG (JEM)<br><br>**JUDGMENT** |

In accordance with the Order Adopting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: August 19, 2011

                                               DOLLY M. GEE
                                UNITED STATES DISTRICT JUDGE